UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Steven Baril,<br>  Plaintiff<br><br>v.<br><br>NH State Police Trooper Bryan Tracy<br>Individually<br><br>NH State Police Trooper Stefan Czyzkowski<br>Individually<br>  Defendants | Docket No. 1:20-cv-00710-PB |

## DEFENDANTS' MOTION TO QUASH SUBPOENAS PROPOUNDED UPON VERIZON WIRELESS C/O VERIZON SECURITY ASSISTANCE TEAM FOR DEFENDANTS' PHONE RECORDS

NOW COME Defendants, New Hampshire State Troopers Bryan Tracy and Stephan Czyzowski (collectively "Defendants"), by and through their attorneys, the Office of the Attorney General, and hereby moves to quash the subpoenas propounded on Verizon Wireless c/o Verizon Security Assistance Team by the Plaintiff Steven Baril, and in support thereof states as follows:

1. Plaintiff Steven Baril gave notice to Defendants that he intends to seek phone records from Verizon Wireless c/o Verizon Security Assistance Team ("Verizon") for the phone records of Trooper Bryan Tracy and Trooper Stephan Czyzowski.

2. The notice, dated February 2, 2021, indicates that Plaintiff intends to seek from Verizon "all call detail records" for Defendants' personal cell phone accounts for the time period of August 29, 2019 between the hours of 12:30 pm and 8:00 pm EST. Notice and copies of Subpoenas are attached hereto as Exhibit A.

1

3. A second notice, dated February 6, 2021, indicates that Plaintiff intends to seek from Verizon "all call detail records" for Defendants' state-issued cell phone accounts for the time period of August 29, 2019 between the hours of 12:30 pm and 8:00 pm. Notice and copies of Subpoenas are attached hereto as Exhibit B.

4. The subpoenas propounded by Plaintiff seek information that are not relevant to Plaintiff's claims or have already been provided by Defendants, and the requests propounded on Verizon are overbroad, constitute an invasion of the Defendants' privacy, and presents an undue burden on the Defendants. For these reasons, the subpoenas propounded on Verizon by Plaintiff dated February 2, 2021 and February 6, 2021 should be quashed.

5. Defendants incorporate, by reference, an accompanying memorandum of law and supporting declaration.

6. Given the adversarial nature of this pleading, and the relief requested, Defendants' counsel has not attempted to confer with Plaintiff. Further, the Defendants have been informed by Verizon that they must submit documentation of a filed motion to quash or protective order prior to February 15, 2021, otherwise Verizon will comply with Plaintiff's subpoena and issue the personal phone records. Given the rush nature of this pleading, Defendants' counsel has not sought concurrence from Plaintiff.

WHEREFORE Defendants New Hampshire State Troopers Bryan Tracy and Stephan Czyzowski requests that this Honorable Court:

A. Issue an order to quash the subpoenas propounded on Verizon Wireless c/o Verizon Security Assistance Team; and

B. For such other relief as may seem just and proper.

        Respectfully submitted,

        BRYAN TRACY, AND
        STEFAN CZYZOWSKI

        By their attorneys,

        THE OFFICE OF THE
        ATTORNEY GENERAL

February 10, 2021        /s/Allison B. Greenstein_____
        Allison B. Greenstein, NH Bar No. 265364
        Assistant Attorney General
        Emily C. Goering, NH Bar No. 268497
        Assistant Attorney General
        New Hampshire Department of Justice
        33 Capitol Street
        Concord, New Hampshire 03301-6397
        (603) 271-3675
        allison.greenstein@doj.nh.gov
        emily.goering@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2021 a copy of the above pleading was served via ECF and email on the plaintiff.

        /s/Allison B. Greenstein_____
        Allison B. Greenstein