UNITED STATES FEDERAL DISTRICT COURT
FOR THE STATE OF NEW HAMPSHIRE

STEVEN BARIL )
    PLAINTIFF, )
   )
   )
  vs. )
   )
   )  Civil Action No. 1:20-cv-00710-PB
   )
BRYAN TRACEY    Individually )
   )
STEFAN CZYZOWSKI    Individually )
   )
  DEFENDANTS, )

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
IN THE ABOVE CAPTIONED ACTION WITH AN
INCORPORATED STATEMENT OF FACTS**

Now comes the Plaintiff Steven Baril (hereafter "Plaintiff") and hereby withdraws his complaint and provides this notice of voluntary dismissal in the above-captioned matter. The Plaintiff submits this incorporated statement of facts in support thereof:

**Incorporated Statement of Facts**

1. Despite this Court's January 4, 2021 ruling that, in pertinent part, declared that there "is no dispute that this suit was brought against the defendants in their individual capacities…." (ECF No.33 ¶1), this Court ruled in its Dec 15, 2021 Order on pending motions that the New Hampshire Attorney General's Office (hereafter "NH AGs") representation of the defendants in their individual (personal) capacities was proper. (ECF No. 124),

2. In that the representation of the defendants in their individual capacities by the NH AGs has been deemed proper by this Court, there is no likelihood of the plaintiff's success on the merits in this case.

3. Accordingly, the plaintiff hereby voluntarily dismisses his complaint in this matter.

Respectfully Submitted,

_Steven Baril_
Steven Baril
36 Pleasant St
Methuen Ma 01844
Tel # (603) 845-8364
Hudzpa@gmail.com

Date: Feb 13 2022

**CERTIFICATION OF SERVICE**

I plaintiff Steven Baril certify that a copy of the above notice of voluntary dismissal, was served via USPS First Class

mail upon the defendants attorneys NH Assistant Attorney Generals Allison Greenstein, Emily Goering, and Jessica King c/o New Hampshire Department of Justice 33 Capitol Street Concord, NH 03301 on Feb, *13* 2022.

_Steven Baril_

Steven Baril

BARIL v. TRACY et al

CASE # 1:20-CV-00710-PB

PLT's NOTICE OF VOLUNTARY

DISMISSAL

DISTRICT OF NH

FILE

2022 FEB 13 P 5:06

OUR DEPOSITORY